UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X
JOHN AMES and MICHAEL PANTONY as Trustees of :
the United Welfare Fund, Welfare Division and United : 05-CV-988 (ARR) (SMG)
Welfare Fund, Security Division, :
:
                           Plaintiffs, : NOT FOR ELECTRONIC
-against- : OR PRINT
: PUBLICATION
DYNASTY ELECTRIC, INC.., :
: ORDER
                           Defendant. :
----------------------------------------------------------------- X

ROSS, United States District Judge:

I have received the Report and Recommendation dated March 25, 2008 from the Honorable Steven M. Gold, United States Magistrate Judge. Plaintiffs have complied with Magistrate Gold's order to serve copies of the R&R upon defendant and to file proof of service with the court, see Dkt. No. 35, but no objections have been filed. Having conducted a de novo review of the record, I hereby adopt the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). Accordingly, plaintiff is granted judgment in the amount of $14,142.08 in unpaid contributions, $3,275.65 for interest through May 1, 2008, the date of judgment, $2,828.42 in liquidated damages, and $6,900.00 in attorneys' fees and costs, as well as an administrative charge of $222. In addition, plaintiffs are awarded post-judgment interest on the unpaid contributions to be paid for the period between the date of judgment and the date of payment, at a rate of 6.25% per annum for the $3,563.21 unpaid contributions in 2003, 6.00% for the $6,591.48 unpaid contributions in 2004, and 7.25% for the $3,987,39 unpaid contributions in 2005.

SO ORDERED.

                                                            s/ Judge Allyne R. Ross
                                                            Allyne R. Ross
                                                            United States District Judge

Dated: May 1, 2008
        Brooklyn, New York

**SERVICE LIST:**

    <u>Attorney for Plaintiff</u>

    **Thomas Rubertone, Jr.**
    Hayden, Straci & Cooper
    17 Battery Place
    6th Floor
    New York, NY 10004


cc:    Chief Magistrate Judge Steven M. Gold